UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAFAEL TORRES,

                    Plaintiff,

    -against-

CORRECT CARE SOLUTIONS, LLC and
ELIZABETH KULESZA, Doctor,

                    Defendants.
-----------------------------------------------------------X

18 CIVIL 4311 (VB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 26, 2020, defendants' motion to dismiss is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal; accordingly, this case is closed.

**Dated:** New York, New York

       June 29, 2020

                                                   RUBY J. KRAJICK
                                                   Clerk of Court
                         BY:
                                                        Deputy Clerk